IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRANDON DEVIN BOYKINS,

      Appellant,

v.

                                        Case No.  5D22-1355
                                        LT Case No. 2008-CF-3754-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 26, 2022

3.850 Appeal from the Circuit Court
for Seminole County,
William S. Orth, Judge.

Brandon D. Boykins, Milton, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.